**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Leeza Holmes | ) | Chapter 13 |
| | ) | Case No. 26 B 11699 |
| Debtor(s) | ) | Judge Nancy A. Peterman |

## NOTICE OF MOTION

Leeza Holmes
3005 W 71st
Chicago, IL 60629
via U.S. Mail

Debtor Attorney: Pro Se
via Clerk's ECF noticing procedures

PLEASE TAKE NOTICE that on October 06, 2026 at 10:30 am, I will appear before the Honorable Nancy A. Peterman, or any judge sitting in that judge's place, **either** in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 742, Chicago, IL 60604 **or** electronically as described below, and present this motion of the Standing Trustee to Dismiss this case, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 736 1962 and the passcode is 673499. The meeting ID and passcode can also be found on the judge’s page on the court’s web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/ MARILYN O. MARSHALL

## CERTIFICATE OF SERVICE

I, Marilyn O. Marshall, an attorney, certify under penalty of perjury that I served a copy of this notice and the attached motion on each entity shown above at the address shown and by the method indicated on the list on Wednesday, September 23, 2026.

/s/ MARILYN O. MARSHALL

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300
courtdocs@chi13.com

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Leeza Holmes | ) | Chapter 13 |
| | ) | Case No. 26 B 11699 |
| Debtor(s) | ) | Judge Nancy A. Peterman |

---

**Motion to Dismiss Case For Unreasonable Delay**

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 07/15/2026.
2. The debtor(s) have failed to provide an Affidavit of Compliance.
3. The debtor(s) have failed to provide to the Trustee a copy of the Federal income tax return (or transcript thereof) for the four years preceding the filing of the petition.
4. The debtor(s) have failed to begin payments within thirty days of filing the plan as required under 11 U.S.C. §1326(a) (1).
5. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.
6. The debtor(s) have failed to attend one scheduled §341(a) meeting of the creditors.
7. The debtor(s) have failed to resolve the pending objection(s) to the plan.
8. The debtor(s) have failed to propose a plan in good faith or to file a petition in good faith as required under §1325(a)(3) and (a)(7).
9. The debtor has filed a Chapter 13 Plan form; but it is blank and does not satisfy the requirements of s. 1321 and Bankruptcy Rule 3015.
10. The debtor has filed a Schedule I; but it is blank. Therefore, the debtor has no regular income as required by s. 109(e).
11. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312) 431-1300