UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Leeza Holmes<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 26-11699<br><br>Chapter: 13<br>Honorable Nancy A. Peterman |

**Order Dismissing Case for Unreasonable Delay**

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court being advised on the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is Granted. This case is dismissed for unreasonable delay pursuant to 11 U.S.C.Section 1307 [c][1].

Enter: [signature]

Honorable Nancy A. Peterman
United States Bankruptcy Judge

Dated: November 10, 2026

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300